**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-6160

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEVIN RODELL JOHNSON,

Defendant - Appellant.

---

No. 99-6165

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEVIN RODELL JOHNSON,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-95-319-A, CA-99-1-AM)

---

Submitted:  April 15, 1999            Decided:  April 21, 1999

---

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

--------------------

Dismissed by unpublished per curiam opinion.

--------------------

Kevin Rodell Johnson, Appellant Pro Se.  Leslie Bonner McClendon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

--------------------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Kevin Rodell Johnson appeals orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and denying his motion to alter or amend the judgment. We have reviewed the record and the district court's memorandum opinion and orders and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. See United States v. Johnson, Nos. CR-95-319-A; CA-99-1-AM (E.D. Va. Jan. 6 & Jan. 26, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order denying the § 2255 motion is marked as "filed" on January 5, 1999, the district court's records show that it was entered on the docket sheet on January 6, 1999. Pursuant to Rule 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

3